1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SWINOMISH INDIAN TRIBAL COMMUNITY,

Plaintiff,

vs.

BNSF RAILWAY COMPANY,

Defendant.

NO. C15-543RSL

MINUTE ORDER

15    The following Minute Order is made and entered on the docket at the direction of the

16   HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

17    Oral argument on Defendant's Motion to Dismiss or Stay (Dkt. # 8) has been scheduled for

18   **Wednesday, September 2, 2015 at 1:30 p.m.** in courtroom 15106 before the Honorable Robert S.

19   Lasnik, United States District Court Judge.

20

21    DATED this 21st day of July, 2015.

22

23                                                      /s/Kerry Simonds
                                                        by Kerry Simonds, Deputy Clerk
24                                                      To Robert S.  Lasnik, Judge
                                                        206-370-8519

25   Copy to the Court
26   and Counsel

27

28   MINUTE ORDER