UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
SWINOMISH INDIAN TRIBAL
COMMUNITY, a federally recognized
Indian tribe,

                Plaintiff,

      v.

BNSF RAILWAY COMPANY, a
Delaware corporation,

                Defendant.
_____

No. C15-0543RSL

ORDER FOR FURTHER BRIEFING

      This matter comes before the Court on the parties' "Joint Status Report" (Dkt. # 76) and "Plaintiff's Motion for Reconsideration" (Dkt. # 77). Pursuant to LCR 7(h)(3), the Clerk of Court is directed to renote the motion for consideration on the Court's calendar for Friday, February 10, 2017. Defendant's response, if any, shall be filed by 5:00 pm on Tuesday, February 7, 2017. Plaintiff's reply, if any, is due on or before the note date. The parties shall file a second joint status report within seven days' of the Court's ruling on the Tribe's motion for reconsideration.

      Dated this 31st day of January, 2017.

                                      /s/ Robert S. Lasnik
                                      Robert S. Lasnik
                                      United States District Judge