UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian tribe,<br><br>          Plaintiff,<br>   v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>          Defendant. | No. C15-0543RSL<br><br>ORDER FOR FURTHER BRIEFING |

This matter comes before the Court on "BNSF Railway Company's Motion for Clarification and, if Necessary, Reconsideration." Dkt. # 88. Pursuant to LCR 7(h)(3), the Clerk of Court is directed to renote the motion for consideration on the Court's calendar for Friday, August 18, 2017. Plaintiff's response, if any, shall be filed by 5:00 pm on Monday, August 14, 2017. Defendant's reply, if any, is due on or before the note date. The parties shall file a third joint status report within seven days' of the Court's ruling on BNSF's motion for reconsideration.

Dated this 4th day of August, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR FURTHER BRIEFING