THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>Defendant. | No. 2:15-cv-00543-RSL<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR BNSF RAILWAY COMPANY'S MOTION FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b) AND TO STAY PROCEEDINGS** |

## **STIPULATION**

BNSF Railway Company ("BNSF") filed its Motion for Certification Pursuant to 28 U.S.C. § 1292(b) and to Stay Proceedings ("the Motion") on March 29, 2018. *See* Dkt. No. 96.[1] Pursuant to Local Rule 7(d)(3), plaintiff presently has until April 9, 2018 to respond to the Motion, and BNSF must file its reply brief by April 13, 2018. The parties agree that there is good cause to adjust the current briefing schedule and respectfully request that the Court enter an order extending the briefing schedule as set forth below.

---

[1] BNSF re-noted the Motion, *see* Dkt. No. 97, for April 13, 2018.

STIPULATION AND ORDER REGARDING
BRIEFING SCHEDULE FOR MOTION FOR
CERTIFICATION - 1
No. 2:15-cv-00543-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

The parties have met and conferred, and counsel for both parties have previously planned vacations over the coming weeks that fall within the Motion's current briefing schedule. The parties accordingly request the Court extend the Motion's briefing schedule slightly, which will not meaningfully delay this proceeding or cause prejudice to either party.

Subject to the Court's approval, the parties agree as follows: (1) the Motion will be re-noted for April 27, 2018; (2) Plaintiff will file/serve its response to the Motion no later than April 19, 2018; and (3) BNSF will file/serve its reply brief no later than April 27, 2018.

Respectfully submitted this 3rd day of April, 2018.

| | |
|---|---|
| TOUSLEY BRAIN STEPHENS PLLC | DLA PIPER LLP (US) |
| *s/ Christopher I. Brain* <br> Christopher I. Brain, WSBA No. 5054 <br> *s/ Chase C. Alvord* <br> Chase C. Alvord, WSBA No. 26080 <br> 1700 Seventh Avenue, Suite 2200 <br> Seattle, Washington 98101-1332 <br> Tel: 206.682.5600 <br> Fax: 206.682.2992 <br> E-mail: cbrain@tousley.com <br> E-mail: calvord@tousley.com | *s/ Stellman Keehnel* <br> Stellman Keehnel, WSBA No. 9309 <br> *s/ Andrew R. Escobar* <br> Andrew R. Escobar, WSBA No. 42793 <br> *s/ Jeffrey DeGroot* <br> Jeffrey B. DeGroot, WSBA No. 46839 <br> 701 Fifth Avenue, Suite 7000 <br> Seattle, WA 98104 <br> Tel: 206.839.4800 <br> Fax: 206.839.4801 <br> E-mail: stellman.keehnel@dlapiper.com <br> E-mail: andrew.escobar@dlapiper.com <br> E-mail: jeff.degroot@dlapiper.com |
| OFFICE OF THE TRIBAL ATTORNEY, SWINOMISH INDIAN TRIBAL COMMUNITY <br><br> *s/ Stephen T. LeCuyer* <br> Stephen T. LeCuyer, WSBA No. 36408 <br> 11404 Moorage Way <br> LaConner, Washington 98257 <br> Tel: 360.466.1058 <br> Fax: 360.466.5309 <br> E-mail: slecuyer@swinomish.nsn.us | Attorneys for Defendant <br> BNSF Railway Company |

# **ORDER**

It is so ORDERED.

Dated this 4th day of April, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER REGARDING
BRIEFING SCHEDULE FOR MOTION FOR
CERTIFICATION - 3
No. 2:15-cv-00543-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800