UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 21 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian Tribe,<br><br>            Plaintiff-Respondent,<br><br>  v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>            Defendant-Petitioner. | No.   18-80062<br><br>D.C. No. 2:15-cv-00543-RSL<br>Western District of Washington, Seattle<br><br>ORDER |

Before:  SCHROEDER and SILVERMAN, Circuit Judges.

The motion for leave to file a reply (Docket Entry No. 5) is granted.  The reply has been filed.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

IHP/MOATT