THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian Tribe,<br><br>                    Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>                    Defendant. | Case No. 2:15-CV-00543-RLS<br><br>NOTICE OF APPEARANCE |

TO:      Clerk of the Court

AND TO:   All Counsel of Record

PLEASE TAKE NOTICE that Weston R. LeMay hereby appears and files his notice of participation in the above-captioned action as Co-Counsel for Plaintiff Swinomish Indian Tribal Community.

You are hereby requested to serve all future pleadings or papers, except original process, upon said attorney at the address below.

Respectfully submitted this 12th day of August, 2020

By:   /s/ *Weston R. Lemay*
      Weston R. LeMay, WSBA # 51916

NOTICE OF APPEARANCE

1

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

Office of the Tribal Attorney
Swinomish Indian Tribal Community
11404 Moorage Way
La Conner, WA 98257
T: 360-466-
F: 360-466-5309
wlemay@swinomish.nsn.us
*Attorney for Plaintiff*.

NOTICE OF APPEARANCE

2

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2020, I electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties.

DATED this 12th day of August, 2020.

/s/ *Weston R. Lemay*
Weston R. LeMay, WSBA #

NOTICE OF APPEARANCE

3

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309