UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>Defendant. | NO. 2:15-cv-00543-RSL<br><br>STIPULATED MOTION AND ORDER EXTENDING FACT DISCOVERY DEADLINE |

Pursuant to Fed. R. Civ. P. 16(b)(4), the Parties file this Stipulated Motion Extending Fact Discovery Deadline, and state as follows:

1. The operative scheduling order provides that fact discovery be completed by December 18, 2020. (Dkt. 120).

2. The Parties stipulate that this deadline should be extended to **January 22, 2021**.

3. The purpose of this extension is not to delay, but to provide an adequate amount of time for both Parties to depose witnesses. The Parties have worked diligently to identify and schedule witnesses for deposition, but due to the number of witnesses, the holidays, and the schedules of the witnesses and counsel, it is not possible to complete all depositions before the December 18, 2020 deadline.

STIPULATED MOTION AND ORDER EXTENDING FACT DISCOVERY DEADLINE
(2:15-cv-00543-RSL) - 1

Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

    4.     This stipulation does not affect any other deadlines set forth in the Court's May 11, 2020 Amended Order Setting Trial Date & Related Dates (Dkt. 120).

    DATED this 11th day of December, 2020.

| TOUSLEY BRAIN STEPHENS PLLC | PACIFICA LAW GROUP LLP |
|---|---|
| By: /s/ Christopher I. Brain <br> Christopher I. Brain, WSBA #5054 <br> By: /s/ Chase C. Alvord <br> Chase C. Alvord, WSBA #26080 <br> By: /s/ Rebecca L. Solomon <br> Rebecca L. Solomon, WSBA #51520 <br> Email: cbrain@tousley.com <br> Email: calvord@tousley.com <br> Email: rsolomon@tousley.com <br> 1700 Seventh Avenue, Suite 2200 <br> Seattle, Washington 98101 <br> Tel: 206.682.5600/Fax: 206.682.2992 | By: s/ Paul J. Lawrence <br> Paul J. Lawrence, WSBA #13557 <br> By: s/ Michelle Vaughan <br> Michelle Vaughan, WSB# 54571 <br> By: s/ Gregory J. Wong <br> Gregory J. Wong, WSBA #39329 <br> Email: paul.lawrence@pacificalawgroup.com <br> Email: michelle.vaughan@pacificalawgroup.com <br> Email: greg.wong@pacificlawgroup.com <br> 1191 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Tel: 206.245.1708/Fax: 206.245.1756 <br> ***Attorneys for Defendant BNSF Railway Company*** |

OFFICE OF THE TRIBAL ATTORNEY, SWINOMISH INDIAN TRIBAL COMMUNITY

By: /s/ Stephen T. LeCuyer
Stephen T. LeCuyer, WSBA #36408
By: /s/ Weston R. Lemay
Weston R. Lemay, WSBA #51916
Email: slecuyer@swinomish.nsn.us
11404 Moorage Way
LaConner, WA 98257
Tel: 360.466.1058/Fax: 360.466.5309

***Attorneys for Plaintiff***

STIPULATED MOTION AND ORDER EXTENDING FACT DISCOVERY DEADLINE
(2:15-cv-00543-RSL) - 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1  PURSUANT TO STIPULATION, THE COURT ORDERS that the fact discovery
2  deadline is extended to January 22, 2021 and that all other deadlines set forth in the May 11,
3  2020 Amended Order Setting Trial Date & Related Dates shall remain unchanged.

Dated this 10th day of December, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER EXTENDING FACT
DISCOVERY DEADLINE
(2:15-cv-00543-RSL) - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992