1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SWINOMISH INDIAN TRIBAL
COMMUNITY, a federally recognized Indian
Tribe,

Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware
corporation,

Defendant.

NO. 2:15-cv-00543-RSL

STIPULATED MOTION AND ORDER
EXTENDING EXPERT DISCLOSURE
DEADLINE

14     Pursuant to Fed. R. Civ. P. 16(b)(4), the Parties file this Stipulated Motion Extending

15  Expert Disclosure Deadline, and state as follows:

16     1.     The operative scheduling order provides that primary expert reports are due on

17  January 18, 2021 and rebuttal expert witness reports are due on March 4, 2021. (Dkt. 120).

18     2.     The Parties stipulate that the deadlines for primary expert reports should be

19  extended to February 1, 2021 and rebuttal expert reports should be extended to March 15, 2021.

20     3.     The purpose of this extension is not to delay, but to provide an adequate amount

21  of time for both Parties to complete fact discovery necessary for expert consideration.

22     4.     This stipulation does not affect any other deadlines set forth in the Court's May

23  11, 2020 Amended Order Setting Trial Date & Related Dates (Dkt. 120), including the deadline

24  to complete expert discovery by April 15, 2021.

25

26

27

STIPULATED MOTION AND ORDER EXTENDING EXPERT
DISCLOSURE DEADLINES
(2:15-cv-00543-RSL) - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1       DATED this 8th day of January, 2021.

2  TOUSLEY BRAIN STEPHENS PLLC     PACIFICA LAW GROUP LLP

3

4  By: _/s/ Christopher I. Brain_       By: s/_ Paul J. Lawrence_
    Christopher I. Brain, WSBA #5054     Paul J. Lawrence, WSBA #13557

5  By: _/s/ Chase C. Alvord_         By: s/_ Michelle Vaughan_
    Chase C. Alvord, WSBA #26080      Michelle Vaughan, WSB# 54571

6  By: _/s/ Rebecca L. Solomon_     By: s/ _Gregory J. Wong_
    Rebecca L. Solomon, WSBA #51520   Gregory J. Wong, WSBA #39329

7  Email: cbrain@tousley.com        Email: paul.lawrence@pacificalawgroup.com
    Email: calvord@tousley.com       Email: michelle.vaughan@pacificalawgroup.com

8  Email: rsolomon@tousley.com      Email: greg.wong@pacificlawgroup.com
    1700 Seventh Avenue, Suite 2200    1191 Second Avenue, Suite 2000

9  Seattle, Washington  98101       Seattle, WA 98101
    Tel:  206.682.5600/Fax: 206.682.2992  Tel: 206.245.1708/Fax: 206.245.1756

10                               ***Attorneys for Defendant BNSF Railway***

11  OFFICE OF THE TRIBAL ATTORNEY, ***Company***
    SWINOMISH INDIAN TRIBAL

12  COMMUNITY

13  By: _/s/ Stephen T. LeCuyer_
    Stephen T. LeCuyer, WSBA #36408

14  By: _/s/ Weston R. Lemay_
    Weston R. Lemay, WSBA #51916

15  Email: slecuyer@swinomish.nsn.us
    11404 Moorage Way

16  LaConner,  WA  98257
    Tel:  360.466.1058/Fax: 360.466.5309

17

18  ***Attorneys for Plaintiff***

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER EXTENDING EXPERT
DISCLOSURE DEADLINES
(2:15-cv-00543-RSL) - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

PURSUANT TO STIPULATION, THE COURT ORDERS that the deadline to

exchange primary expert reports is extend to February 1, 2021 and the deadline to exchange

rebuttal expert witness reports is extended to March 15, 2021, and that all other deadlines set

forth in the May 11, 2020 Amended Order Setting Trial Date & Related Dates shall remain

unchanged.

Dated this 8th day of January, 2021.

_MW S Lasnik_
Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION AND ORDER EXTENDING EXPERT
DISCLOSURE DEADLINES
(2:15-cv-00543-RSL) - 3