UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian Tribe,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

    Defendant.

NO. 2:15-cv-00543-RSL

STIPULATED MOTION AND ORDER REGARDING EXPERT DISCOVERY, SUMMARY JUDGMENT BRIEFING SCHEDULE, AND DAMAGES TRIAL

Pursuant to Fed. R. Civ. P. 16(b)(4), the Parties file this Stipulated Motion Regarding Expert Discovery Summary Judgment Briefing Schedule, and Damages Trial, and state as follows:

**A.    The Parties Stipulate to Extend Expert Discovery to April 22, 2021**

1.    The parties exchanged expert disclosures on February 1, 2021 and rebuttal expert disclosures on March 15, 2021. The Tribe disclosed three experts and one rebuttal expert and BNSF disclosed two experts and four rebuttal experts (one of which was a previously

STIPULATED MOTION AND ORDER REGARDING EXPERT DISCOVERY, SUMMARY JUDGMENT BRIEFING SCHEDULE, AND DAMAGES TRIAL - 1

disclosed expert). The Tribe intends to take depositions of four of BNSF's five experts. BNSF intends to take the depositions of all four of the Tribe's disclosed experts.

2. The operative scheduling order provides that expert discovery must be completed by April 15, 2021. (Dkt. 120).

3. Due to the number of experts involved, in order to accommodate the scheduling of the Parties' counsel and eight experts, the Parties stipulate that the deadline to complete expert discovery should be extended to April 22, 2021.

4. Pursuant to the Court's operative scheduling order, this will also extend the deadline for the parties to file any motions related to expert discovery. No other deadlines are affected by this stipulation.

**B.  The Parties Stipulate to Modify the Briefing Protocol for Rule 56 Motions**

5. After discussion, the Parties anticipate that the topics on which they will seek summary judgment have substantial overlap regarding the interpretation and effect of the Easement.

6. In order to avoid duplication of effort and to reduce the burden on the Court that will result if the Parties file simultaneous cross-motions on the same issues, the Parties stipulate

STIPULATED MOTION AND ORDER REGARDING
EXPERT DISCOVERY, SUMMARY JUDGMENT
BRIEFING SCHEDULE, AND DAMAGES TRIAL  - 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

to a staggered, modified briefing schedule where each party will file two, 30-page briefs as follows:

| | |
|---|---|
| Tribe's Motion for Summary Judgment | April 9, 2021 |
| BNSF's Response and Cross-Motion | April 29, 2021 |
| Tribe's Response/Reply | May 14, 2021 |
| BNSF's Reply | May 28, 2021 |

This briefing schedule will not extend the noting date.

**C.      Setting Second Phase Trial**

7. This case has been bifurcated into two trial phases: the liability phase, to be tried in August 2021 and a subsequent damages phase, which has not been set.

8. The Parties have not yet engaged in any damages discovery, which would need to be accomplished following the August 2021 trial.

9. Further, in December 2020, BNSF sent a formal letter to the Tribe requesting consent to an increase in rail traffic over the Easement for the year 2021. On February 16, 2021, the Swinomish Senate held a special meeting to consider the request. The Senate voted to deny consent. Formal notice of the Tribe's response was sent to BNSF's counsel on March 4, 2021. BNSF intends to bring claims related to this request and denial, as may be appropriate following the Court's rulings on the claims pending for trial in August. The Parties agree that in

STIPULATED MOTION AND ORDER REGARDING
EXPERT DISCOVERY, SUMMARY JUDGMENT
BRIEFING SCHEDULE, AND DAMAGES TRIAL  - 3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1  addition to damages discovery, BNSF may conduct discovery regarding the Senate's February
2  2021 decision in the second-phase trial.
3       10.     The Parties therefore request that the Court set a status conference to discuss
4  scheduling of the second phase trial and accompanying scheduling order.
5       DATED this 19th day of April, 2021.

TOUSLEY BRAIN STEPHENS PLLC                 PACIFICA LAW GROUP LLP

By:  /s/ Christopher I. Brain               By: s/ Paul J. Lawrence
Christopher I. Brain, WSBA #5054            Paul J. Lawrence, WSBA #13557
By: /s/ Chase C. Alvord                     By: s/ Michelle Vaughan
Chase C. Alvord, WSBA #26080                Michelle Vaughan, WSB# 54571
By: /s/ Rebecca L. Solomon                  By: s/ Gregory J. Wong
Rebecca L. Solomon, WSBA #51520             Gregory J. Wong, WSBA #39329
Email:  cbrain@tousley.com                  Email: paul.lawrence@pacificalawgroup.com
Email:  calvord@tousley.com                 Email: michelle.vaughan@pacificalawgroup.com
Email:  rsolomon@tousley.com                Email: greg.wong@pacificlawgroup.com
1700 Seventh Avenue, Suite 2200             1191 Second Avenue, Suite 2000
Seattle, Washington 98101                   Seattle, WA 98101
Tel: 206.682.5600/Fax: 206.682.2992         Tel: 206.245.1708/Fax: 206.245.1756

                                            **Attorneys for Defendant BNSF Railway Company**

OFFICE OF THE TRIBAL ATTORNEY,
SWINOMISH INDIAN TRIBAL
COMMUNITY

By:  /s/ Stephen T. LeCuyer
Stephen T. LeCuyer, WSBA #36408
By: /s/ Weston R. Lemay
Weston R. Lemay, WSBA #51916
Email: slecuyer@swinomish.nsn.us
11404 Moorage Way
LaConner, WA 98257
Tel: 360.466.1058/Fax: 360.466.5309

**Attorneys for Plaintiff**

STIPULATED MOTION AND ORDER REGARDING
EXPERT DISCOVERY, SUMMARY JUDGMENT
BRIEFING SCHEDULE, AND DAMAGES TRIAL  - 4

PURSUANT TO STIPULATION, THE COURT ORDERS that the expert discovery deadline is extended to April 22, 2021. The Court further ORDERS that the Parties shall file staggered cross-motions for summary judgment under a four-brief schedule:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | April 9, 2021 |
| BNSF's Response/Cross-Motion | April 29, 2021 |
| Tribe's Response/Reply | May 14, 2021 |
| BNSF's Reply | May 28, 2021 |

Each brief shall be limited to 30 pages. All other deadlines set forth in the May 11, 2020 Amended Order Setting Trial Date & Related Dates shall remain unchanged.

Issues related to phase 2 discovery and scheduling will be discussed, if necessary, at the close of the liability trial.

Dated this 19th day of April, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION AND ORDER REGARDING
EXPERT DISCOVERY, SUMMARY JUDGMENT
BRIEFING SCHEDULE, AND DAMAGES TRIAL  - 5

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992