UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian Tribe,

Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

Defendant.

NO. 2:15-cv-00543-RSL

ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

This matter comes before the Court on "Plaintiff's Motion for Leave to File Documents Under Seal." Dkt. # 132. The materials filed under seal are generally of the type protected from disclosure by 49 U.S.C. § 11904, and defendant has provided redacted versions of Exhibit 52 and Exhibit A to the Declaration of Dan Fapp for public viewing. See Dkt. # 139 at 5-23 and 25-48. Docket number 133 shall therefore remain under seal.

The Court notes, however, that the protections afforded information regarding "the nature, kind, quantity, destination, consignee, or routing of property tendered" to a rail carrier give way where the information is provided "in response to legal process issued under authority of a court of the United States or a State." 49 U.S.C. § 11904(b) and (c)(1). To the extent the information is necessary to the Court's resolution of the pending motion for summary judgment and is incorporated in the Court's order, it may ultimately be disclosed to the public.

ORDER GRANTING PLAINTIFF'S MOTION TO SEAL - 1

1

2   Dated this 10th day of May, 2021.

3   *[signature]*
    THE HONORABLE ROBERT S. LASNIK
4   UNITED STATES DISTRICT JUDGE