UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY,<br><br>            Plaintiff,<br><br>        v.<br><br>BNSF RAILWAY COMPANY,<br><br>            Defendant. | Cause No. C15-0543RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE EXPERTS |

This matter comes before the Court on "Plaintiff Swinomish Indian Tribal Community's Motion to Exclude Experts Barkan, Rader, and Thatcher." Dkt. # 156. Plaintiff has indicated that it will not be calling the two experts Mr. Barkan, Mr. Rader, and Ms. Thatcher were offered to rebut: their testimony is therefore unnecessary. Plaintiff's motion to exclude expert witnesses is GRANTED.

Dated this 15th day of December, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO EXCLUDE EXPERTS - 1