## *Swinomish Indian Tribal Community v. BNSF Railway Company*
## No. C15-543 RSL

## Trial Exhibit List

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1 | Treaty of Point Elliott, dated 1/22/1855 | A | 03-20-2023 | |
| 2 | Silvernale letter to Dauphinais, dated 6/22/1989 | A | 03-20-2023 | |
| 3 | Right-Of-Way Easement – Burlington Northern, dated 7/19/1991 | A | 03-20-2023 | |
| 4 | Dillon letter to Tribe, dated 7/6/2010 | A | 03-20-2023 | |
| 5 | Dillon email re Notice Information for BNSF Swinomish R-of-W, dated 9/17/2010 | A | 03-20-2023 | |
| 6 | Geary email re Tesoro update, dated 6/20/2011 (BNSF0013039) | A | 03-20-2023 | |
| 7 | Hill email re Fw Anacortes Spur Rail Upgrades, dated 7/13/2011 | A | 03-20-2023 | |
| 8 | Draper email re Tesoro-Fidalgo, dated 7/15/2011 | A | 03-20-2023 | |
| 9 | Williams email re Anacortes Spur Upgrade, dated 7/21/2011 | A | 03-20-2023 | |
| 10 | Presentation-Petroleum Crude Oil 101, dated 8/1/2011 | A | 03-20-2023 | |
| 11 | Fjellman letter to Dillon re Easement, dated 8/17/2011 | A | 03-20-2023 | |
| 12 | Dillon email re FW WA534-Swinomish Easement, dated 8/22/2011 | A | 03-20-2023 | |
| 13 | Colby email re Tesoro Contract, dated 9/22/2011 | A | 03-20-2023 | |
| 14 | Kalla letter to Dillon, dated 10/18/2011 | A | 03-20-2023 | |
| 15 | Dillon email re WA534-Swinomish Indian Tribal Community, dated 10/20/2011 | A | 03-20-2023 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 16 | Geringer email re WA534-Swinomish Easement, dated 11/2/2011 | A | 03-20-2023 | |
| 17 | Navarro email re Crude Meeting at Shell Fidalgo-Concept 4, dated 8/28/2012 | A | 03-20-2023 | |
| 18 | Geary email re Tesoro-Timing for 5 trains-week, dated 8/29/2012 | A | 03-20-2023 | |
| 19 | Hill email re Tesoro Signed Master and Anacortes Implementing Agreement, dated 9/4/2012 | A | 03-20-2023 | |
| 20 | Cladoosby letter to Finn, dated 9/27/2012 | A | 03-20-2023 | |
| 21 | Finn letter to Cladoosby, dated 11/12/2012 | A | 03-20-2023 | |
| 22 | Finn letter to Cladoosby, dated 1/7/2013 | A | 03-20-2023 | |
| 23 | Confidentiality and Restricted Use Agreement, with attached metadata for date | A | 03-20-2023 | |
| 24 | LeCuyer letter to DiJulio re BNSF Easement, Swinomish Indian Reservation, dated 2/5/2013 | A | 03-20-2023 | |
| 25 | Parish letter to LeCuyer re BNSF Railway Easement Crossing, dated 2/14/2013 | A | 03-20-2023 | |
| 26 | LeCuyer letter to Parish, dated 4/16/2013 | A | 03-20-2023 | |
| 27 | Parish letter to LeCuyer re BNSF Easement, dated 5/2/2013 | A | 03-20-2023 | |
| 28 | DiJulio letter to LeCuyer, dated 7/2/2013 | A | 03-20-2023 | |
| 29 | Perkins email re Meeting Notes - Shell Fidalgo Anacortes Project, dated 8/21/2013 | A | 03-20-2023 | |
| 30 | Presentation: Mega Study PNW Economic Development, dated 8/30/2013 | A | 03-20-2023 | |
| 31 | Cunningham email re Shell, dated 9/7/2013 | A | 03-20-2023 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 32 | Cunningham email re FW Swinomish Proposalv2.pptx, with attachment, dated 12/3/2013 | A | 03-20-2023 | |
| 33 | DiJulio email re BNSF-SITC ER 408, with attachment, dated 12/23/2013 | A | 03-20-2023 | |
| 34 | Bardue email re 2013 Year End Revenue-Units, dated 1/24/2014 | A | 03-20-2023 | |
| 35 | LeCuyer letter to DiJulio re Swinomish BNSF Easement, dated 11/25/2013 | A | 03-20-2023 | |
| 36 | LeCuyer letter to DiJulio re Swinomish BNSF Easement Rent Adjustment, dated 11/25/2013 | A | 03-20-2023 | |
| 37 | Cunningham letter to LeCuyer re letter to DiJulio, dated 12/16/2014 | A | 03-20-2023 | |
| 38 | LeCuyer letter to Cunningham re Swinomish BNSF Easement Rent Adjustment, dated 1/12/2015 | A | 03-20-2023 | |
| 39 | Cunningham letter to LeCuyer re Easement Payment Adjustment, dated 2/12/2015 | A | 03-20-2023 | |
| 40 | Kalb letter to LeCuyer re concerns in meetings and letter, dated 2/12/2015 | A | 03-20-2023 | |
| 41 | LeCuyer letter to Cunningham re Swinomish BNSF Easement Rent Adjustment, dated 2/19/2015 | A | 03-20-2023 | |
| 42 | Gordon email to Cunningham re IP Capital Meeting, dated 3/4/2015 | A | 03-20-2023 | |
| 43 | Cunningham letter re BNSF Easement Payment Adjustment, dated 3/13/2015 | A | 03-20-2023 | |
| 44 | Cunningham letter re BNSF Easement Payment Adjustment and Easement Use Issues, dated 3/24/2015 | A | 03-20-2023 | |
| 45 | LeCuyer letter to Cunningham and Kalb re Swinomish BNSF Easement, dated 4/6/2015 | A | 03-20-2023 | |
| 46 | Shell Tesoro Volumes, dated 2016 | A | 03-20-2023 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 47 | BNSF 2013 Train and Car Count Report and metadata for date | A | 03-20-2023 | |
| 48 | BNSF 2014 Train and Car Count Report and metadata for date | A | 03-20-2023 | |
| 49 | Escobar letter to Brain with 2015 BNSF Car Report, dated 5/19/2015 | A | 03-20-2023 | |
| 50 | Escobar letter to LeCuyer with 2016 BNSF Car Report, dated 6/6/2017 | A | 03-20-2023 | |
| 51 | Escobar letter to LeCuyer with 2017 BNSF Car Report, dated 4/4/2018 | A | 03-20-2023 | |
| 52 | Escobar letter to LeCuyer re 2018 BNSF Car Report, dated 7/26/2019 | A | 03-20-2023 | |
| 53 | LeCuyer letter to Escobar re BNSF Reporting of Train and Car Count for Year 2018, with enclosures, dated 8/28/2019 | A | 03-20-2023 | |
| 54 | Escobar letter to LeCuyer re Swinomish Indian Tribal Community's Letter Regarding BNSF's 2018 Annual Report, dated 9/10/2019 | A | 03-20-2023 | |
| 55 | Lawrence letter to LeCuyer re 2019 BNSF Car Report, with attachment, dated 7/31/2020 | A | 03-20-2023 | |
| 56 | Lawrence letter to LeCuyer re 2020 and 2021 BNSF Car Counts, dated 3/3/2022 | A | 03-20-2023 | |
| 57 | Brain letter to Lawrence re car counts, dated 3/22/2022 | A | 03-20-2023 | |
| 58 | Lawrence letter to Brain and LeCuyer, with attached 2018 through 2021 car count reports, dated 7/29/2022 | A | 03-20-2023 | |
| 59 | Master Transportation Contract - Implementing Agreement - Tesoro and BNSF, dated 9/1/2012 | A | 03-20-2023 | |
| 60 | BNSF Privilege Log, dated 11/10/2020 and supplements dated 11/18/2022 and 12/1/2022 | A | 03-20-2023 | |
| 60A | BNSF Privilege Log | A | 03-20-2023 | |
| 61 | Dan Fapp Updated Report Exhibits 2-1-23 | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 62 | Train and Car Count Summaries (Summaries of Exhibits 47–51 and 58) | | | |
| 63 | Matt Teegarden email re Fidalgo Crude Oppty, dated 2/3/2011 | A | 03-20-2023 | |
| | EXHIBIT NUMBERS 64 THROUGH 500 NOT USED | | | |
| 501 | Resolution No. 2015-03-052: A Resolution Authorizing Action, Including Initiation of Litigation, to Enforce BNSF Easement Terms or Terminate the Easement | A | 03-20-2023 | |
| 502 | April 11, 2014 Letter from Vann Cunningham to Chairman Cladoosby | A | 03-20-2023 | |
| 503 | Photographs | A | 03-20-2023 | |
| 504 | Anacortes Spur Street Map and Topographic Map | A | 03-20-2023 | |
| 505 | BNSF Routes Map | A | 03-20-2023 | |
| 506 | Anacortes Spur Street Map and Topographic Map | A | 03-20-2023 | |
| 507 | Skagit County Planning and Development Services Mitigated Determinatino of Nonsignificance and Notice of Decision | A | 03-20-2023 | |
| 508 | Letter to Larry Campbell from Patrick Currey dated June 21, 2011 re: Tesoro Refining and Marketing Company | A | 03-20-2023 | |
| 509 | Skagit County Planning and Development Services Notice of Development Application and SEPA Comment Period | A | 03-20-2023 | |