

The Honorable Robert S. Lasnik

1

2

3

4

5

6

7

8       UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF WASHINGTON
9                  AT SEATTLE

10   SWINOMISH INDIAN TRIBAL
     COMMUNITY, a federally recognized Indian
11   Tribe,
                                                        NO. 2:15-cv-00543-RSL
12                  Plaintiff,
                                                        JOINT CASE MANAGMENT
13          v.                                          REPORT AND PROPOSED ORDER

14   BNSF RAILWAY COMPANY, a Delaware
     corporation,
15
                    Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

JOINT STATUS REPORT (2:15-cv-00543-RSL) - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

Pursuant to the Court's Memorandum of Decision entered March 27, 2023, (Dkt. No. 216), the parties hereby submit the following proposed case management schedule for the Phase 2 trial.

**Parties' Proposed Case Schedule**

The Parties have conferred regarding an appropriate schedule for the liability phase of this case:

| | |
|---|---|
| **BNSF Motion to Compel Arbitration:** | May 12, 2023 |
| **Tribe's Response to Motion to Compel:** | June 2, 2023 |
| **BNSF Reply Motion to Compel:** | June 16, 2023 |
| **Document Exchange Deadline:** | August 18, 2023 |
| **Completion of Fact Discovery:** | October 6, 2023 |
| **Primary Expert Witness Disclosures:** | December 15, 2023 |
| **Rebuttal Expert Witness Disclosures:** | January 26, 2023 |
| **Completion of Expert Discovery:** | February 16, 2024 |
| **Mediation to be Initiated By** | January 26, 2024 |
| **Deadline for Filing Dispositive Motions and Daubert Motions:** | March 14, 2024 |
| **Trial** | On or after May 20, 2024 |

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1

DATED this 24th day of April, 2023.

2

3

TOUSLEY BRAIN STEPHENS PLLC

4

By: /s/ Christopher I. Brain
Christopher I. Brain, WSBA #5054

5

By: /s/ Chase C. Alvord
Chase C. Alvord, WSBA #26080

6

By: /s/ Rebecca L. Solomon

7

Rebecca L. Solomon, WSBA #51520
1200 Fifth Avenue, Suite 1700

8

Seattle, Washington 98101
Tel: 206.682.5600/Fax: 206.682.2992

9

Email: cbrain@tousley.com

10

Email: calvord@tousley.com
Email: rsolomon@tousley.com

11

OFFICE OF THE TRIBAL

12

ATTORNEY,
SWINOMISH INDIAN TRIBAL

13

COMMUNITY

14

By: /s/ Stephen T. LeCuyer

15

Stephen T. LeCuyer, WSBA #36408
By: /s/ Weston R. LeMay

16

Weston R. LeMay, WSBA #51916
11404 Moorage Way

17

La Conner, WA 98257
Telephone: 360.466.1058

18

Fax: 360.466.5309

19

Email: slecuyer@swinomish.nsn.us
Email: wlemay@swinomish.nsn.us

20

***Attorneys for Plaintiff Swinomish***

21

***Indian Tribal Community***

22

23

24

25

26

27

PACIFICA LAW GROUP LLP

By: /s/ Paul J. Lawrence
Paul J. Lawrence, WSBA #13557
By: /s/ Kai A. Smith
Kai A. Smith, WSB# 54749
By: /s/ Meha Goyal
Meha Goyal, WSBA #56058
Email: paul.lawrence@pacificalawgroup.com
Email: kai.smith@pacificalawgroup.com
Email: meha.goyal@pacificalawgroup,com
1191 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: 206.245.1708/Fax: 206.245.1756

***Attorneys for Defendant BNSF Railway***
***Company***

JOINT STATUS REPORT (2:15-cv-00543-RSL) - 3

PURSUANT TO THE PARTIES' STIPULATION, THE COURT ENTERS the proposed case schedule for Phase 2 of this case as follows:

| | |
|---|---|
| **BNSF Motion to Compel Arbitration:** | May 12, 2023 |
| **Tribe's Response to Motion to Compel:** | June 2, 2023 |
| **BNSF Reply Motion to Compel:** | June 16, 2023 |
| **Document Exchange Deadline:** | August 18, 2023 |
| **Completion of Fact Discovery:** | October 6, 2023 |
| **Primary Expert Witness Disclosures:** | December 15, 2023 |
| **Rebuttal Expert Witness Disclosures:** | January 26, 2023 |
| **Completion of Expert Discovery:** | February 16, 2024 |
| **Mediation to be Initiated By** | January 26, 2024 |
| **Deadline for Filing Dispositive Motions and Daubert Motions:** | March 14, 2024 |
| **Trial** | |

Dated this _____ day of _____, 2023

_____
Robert S. Lasnik
United States District Court Judge

4817-4449-8875, v. 3

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992