UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>Defendant. | No. 2:15-cv-00543-RSL<br><br>STIPULATED MOTION AND ORDER EXTENDING CERTAIN PRE-TRIAL DEADLINES |

Pursuant to Fed. R. Civ. P. 16(b)(4), the Parties file this Stipulated Motion Extending Certain Pre-Trial Deadlines, and state as follows:

**A.  The Parties Stipulate to Extend the Deadline for Rebuttal Expert Witness Disclosures to February 16, 2024**

1. The Parties made their primary expert disclosures on December 15, 2023. The Tribe and BNSF each disclosed one expert.

2. The operative scheduling order provides that rebuttal expert witness disclosures must be made by January 26, 2024. (Dkt. 137).

3. A mediation for this case is scheduled for January 22-23, 2024.

STIPULATED MOTION AND ORDER EXTENDING
CERTAIN PRE-TRIAL DEADLINES - 1
No. 2:15-cv-00543-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

4.      In order to allow the Parties to focus on the upcoming mediation, the Parties stipulate that the deadline to disclose rebuttal expert witness disclosures should be extended to February 16, 2024.

**B.      The Parties Stipulate to Extend the Deadline for the Completion of Discovery to March 8, 2024.**

1.      After the rebuttal expert reports are exchanged, the Tribe intends to take a deposition of BNSF's expert witness as well as one fact witness, and BNSF intends to take the deposition of the Tribe's expert witness.

2.      The operative scheduling order provides that expert discovery must be completed by February 16, 2024. (Dkt. 137).

3.      In accordance with the above stipulation to extend the deadline for rebuttal expert witness disclosures to February 16, 2024, and the Tribe's intent to take the deposition of one fact witness, the Parties stipulate that the deadline to complete all expert and fact discovery should be set for March 8, 2024.

**C.      The Parties Stipulate to Extend the Deadline for Filing Dispositive and Daubert Motions to March 29, 2024.**

1.      The operative scheduling order provides that the deadline for filing dispositive motions and Daubert motions is March 14, 2024. (Dkt. 137).

2.      Due to the experts providing the primary evidence in the damages phase of the litigation, and in accordance with the above stipulated extensions, the Parties stipulate that the deadline to file dispositive and Daubert motions should be extended to March 29, 2024.

STIPULATED MOTION AND ORDER EXTENDING
CERTAIN PRE-TRIAL DEADLINES - 2
No. 2:15-cv-00543-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

STIPULATED to this 5th day of January, 2024.

| | |
|---|---|
| PACIFICA LAW GROUP LLP | TOUSLEY BRAIN STEPHENS PLLC |
| *s/ Kai A. Smith* | *s/ Rebecca L. Solomon* |
| Paul J. Lawrence, WSBA #13557 | Christopher I. Brain, WSBA #5054 |
| Kai A. Smith, WSBA #54749 | Chase C. Alvord, WSBA #26080 |
| Meha Goyal, WSBA #56058 | Rebecca L. Solomon, WSBA #51520 |
| *Attorneys for Defendant BNSF Railway* | |
| | OFFICE OF THE TRIAL ATTORNEY SWINOMISH INDIAN TRIBAL COMMUNITY |
| | *s/ Stephen T. LeCuyer* |
| | Stephen T. LeCuyer, WSBA #36408 |
| | Weston R. Lemay, WSBA #51916 |
| | *Attorneys for Plaintiff* |

STIPULATED MOTION AND ORDER EXTENDING
CERTAIN PRE-TRIAL DEADLINES - 3
No. 2:15-cv-00543-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, THE COURT ORDERS that the deadline for rebuttal expert witness disclosures is February 16, 2024; the deadline for the completion of discovery is March 8, 2024; and the deadline for filing dispositive and Daubert motions is March 29, 2024.

Dated this 8th day of January, 2024.

Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION AND ORDER EXTENDING
CERTAIN PRE-TRIAL DEADLINES - 4
No. 2:15-cv-00543-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750