UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian Tribe,<br><br>        Plaintiff,<br><br> v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>        Defendant. | No. 2:15-cv-00543-RSL<br><br>ORDER GRANTING STIPULATED MOTION FOR LEAVE TO SEAL |

THIS MATTER comes before the Court on Defendant BNSF Railway Company's ("BNSF") and Plaintiff Swinomish Indian Tribal Community (the "Tribe")'s Stipulated Motion for Leave to Seal ("Motion"). The Court has reviewed the Motion, the relevant law, and the relevant portions of the record. Having considered these filings, the Court **GRANTS** the Motion and **ORDERS** that the following filings may remain under seal:

- The Expert Report of Michael Baranowski;
- The Rebuttal Report of Michael Baranowski;
- Deposition Exhibit 78;

ORDER GRANTING STIPULATED
MOTION FOR LEAVE TO SEAL - 1
Cause No. 2:15-cv-00543-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

- Revised Deposition Exhibit 81 (tables from Michael Baranowski's Rebuttal Report);
- Deposition Exhibit 87;
- The Expert Report of Daniel Fapp; and
- The Rebuttal Report of Daniel Fapp.

Dated this 1st day of April, 2024.

*signature*
Robert S. Lasnik
United States District Judge

*Presented by:*

PACIFICA LAW GROUP LLP

By: /s/ Paul J. Lawrence
   Paul J. Lawrence, WSBA #13557
   Kai Smith, WSBA #54749
   Meha Goyal, WSBA #56058
*Attorneys for Defendant BNSF Railway*

AGREED AS TO FORM
NOTICE OF PRESENTATION WAIVED:

TOUSLEY BRAIN STEPHENS PLLC

By: /s/ Rebecca L. Solomon
   Christopher I. Brain, WSBA #5054
   Chase C. Alvord, WSBA #26080
   Rebecca L. Solomon, WSBA #51520

OFFICE OF THE TRIBAL ATTORNEY, SWINOMISH INDIAN TRIBAL COMMUNITY

   Stephen T. LeCuyer, WSBA #36408
   Weston R. LeMay, WSBA #51916

*Attorneys for Plaintiff*

ORDER GRANTING STIPULATED
MOTION FOR LEAVE TO SEAL - 2
Cause No. 2:15-cv-00543-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750