UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian Tribe,<br><br>                        Plaintiff,<br><br>   v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>                        Defendant. | No. 2:15-cv-00543-RSL<br><br>STIPULATED MOTION AND ORDER REGARDING TRIAL EVIDENCE |

## I.     MOTION

Plaintiff Swinomish Indian Tribal Community and Defendant BNSF Railway Company ("BNSF") submit this Stipulated Order Regarding Trial Evidence. On May 8, 2024, counsel for the Tribe and BNSF met and conferred regarding the parties' respective potential motions in limine. One of the motions BNSF raised was to exclude evidence or arguments regarding BNSF's relative size to the Tribe in terms of revenue, profit, or financial value as not relevant to the remaining issue before the Court and highly prejudicial to BNSF.

Having met and conferred on the issue, the parties stipulate that they will not introduce any evidence or argument about the size of the Tribe and will not compare the relative sizes of the Tribe and BNSF. Nor will the Tribe argue that the Tribe is entitled to a larger award because of BNSF's size. The Tribe is not precluded from presenting evidence based on BNSF's

STIUPLATED MOTION AND ORDER - 1
Cause No. 2:15-cv-00543-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

publically filed company-wide financial information. Accordingly, BNSF will not file a motion in limine on this topic.

## II.   ORDER

THIS MATTER comes before the Court on Plaintiff Swinomish Indian Tribal Community and Defendant BNSF Railway Company's Stipulated Motion and Order Regarding Trial Evidence. Having reviewed the stipulated motion and the applicable law, the Court hereby GRANTS the stipulated order.

Dated this 17th day of May, 2024.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Court Judge

*Presented by:*

PACIFICA LAW GROUP LLP

By: */s/ Kai Smith*
     Paul J. Lawrence, WSBA #13557
     Kai Smith, WSBA #54749
     Meha Goyal, WSBA #56058

*Attorneys for Defendant BNSF Railway*

AGREED AS TO FORM
NOTICE OF PRESENTATION WAIVED:

TOUSLEY BRAIN STEPHENS PLLC

By: */s/ Rebecca L. Solomon*
     Christopher I. Brain, WSBA #5054
     Rebecca L. Solomon, WSBA #51520

OFFICE OF THE TRIBAL ATTORNEY, SWINOMISH
INDIAN TRIBAL COMMUNITY

STIUPLATED MOTION AND ORDER - 2
Cause No. 2:15-cv-00543-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

1 | Stephen T. LeCuyer, WSBA #36408
2 | Weston R. LeMay, WSBA #51916

3 | *Attorneys for Plaintiff Swinomish Indian Tribal Community*

STIUPLATED MOTION AND ORDER - 3
Cause No. 2:15-cv-00543-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750