UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian Tribe,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>　　　　　　　　　　Defendant. | No. 2:15-cv-00543-RSL<br><br>ORDER GRANTING STIPULATED MOTION FOR LEAVE TO SEAL |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Leave to File Documents Seal. The Court has reviewed the motion, the relevant law, and the relevant portions of the record. The motion is hereby GRANTED: Dkt. # 269 and # 271 will remain under seal. The parties should be aware, however, that the redacted information will likely be made public during trial and/or through the Court's final order adjudicating damages.

　　　　Dated this 30th day of May, 2024.

　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING STIPULATED
MOTION FOR LEAVE TO SEAL - 1