UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian Tribe,

   Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

   Defendant.

NO. 2:15-cv-00543-RSL

**ORDER GRANTING MOTION FOR LEAVE TO FILE OVER LENGTH BRIEF**

BEFORE THE COURT is Plaintiff Swinomish Indian Tribal Community files the Motion Seeking Leave to File an Overlength Brief in response to Defendant's Motion to Exclude filed on May 30, 2024 (Dkt. 278). The Court finds that good cause exists for this motion. Plaintiff's Response to BNSF's Motion to Exclude is allowed. The Tribe is granted 624 additional words. BNSF's reply, if any, may use an additional 312 words.

ORDERED this __3rd__ day of __June__, 2024

_____
ROBERT S. LASNIK
United States District Court Judge

ORDER GRANTING MOTION FOR LEAVE TO FILE OVER LENGTH BRIEF- 1