# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

SWINOMISH INDIAN TRIBAL
COMMUNITY,

               Plaintiff,

v.

BNSF RAILWAY COMPANY,

               Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  2:15-cv-00543-RSL

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_**X**\_\_  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    Judgment is entered in favor of Plaintiff Swinomish Indian Tribal Community, against Defendant BNSF Railway Company as follows:

| | |
|---|---|
| Net profits attributable to the trespass: | $362,267,169 |
| Use value of the post-tax profits arising from the trespass: | $32,250,000 |
| Total: | $394,517,169 |

DATED this 18th day of June, 2024.

               RAVI SUBRAMANIAN,
               Clerk of the Court

               By:  _/s/ Victoria Ericksen_____
                      Deputy Clerk