HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian Tribe,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>　　　　　　　　　　Defendant. | No. 2:15-cv-00543-RSL<br><br>MOTION FOR APPROVAL OF SUPERSEDEAS BOND TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL<br><br>NOTE ON MOTION CALENDAR: AUGUST 2, 2024 |

## I.　RELIEF REQUESTED

Pursuant to Federal Rule of Civil Procedure 62(d) and Local Civil Rule 65.1, Defendant BNSF Railway Company ("BNSF") asks this Court to approve the $426,007,637.00 in security offered by BNSF to stay enforcement of the judgment in this case pending appeal.

## II.　STATEMENT OF FACTS

On June 17, 2024, after the conclusion of the Phase Two bench trial for this case, this Court issued a Memorandum of Decision that awarded $394,517,169.00 to Plaintiff Swinomish Indian Tribal Community ("Tribe").  Dkt. # 301.  The following day, the Court entered a

MOTION FOR APPROVAL OF SUPERSEDEAS
BOND TO STAY ENFORCEMENT OF JUDGMENT
PENDING APPEAL - 1
No. 2:15-cv-00543-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Judgment to that effect.  Dkt. # 302.  BNSF will file a notice of appeal by the July 18, 2024 deadline.

Under 28 U.S.C. § 1961(a), the judgment currently accrues interest at an annual rate of 5.12%.[1]  BNSF has arranged for the posting of a supersedeas bond in the amount of $426,007,637.00 upon this Court's approval of the sufficiency of the amount of the security.  *See* Declaration of Paul Lawrence ISO Motion for Bond ¶ 2. The bond will be secured by Berkshire Hathaway Specialty Insurance Company, which is an admitted insurer in the State of Washington that may be served through the Office of the Insurance Commissioner of Washington.  *See id* ¶ 3; LCR 65.1(a)(2)(iii).

### III.   ARGUMENT

Under Federal Rule of Civil Procedure 62(b), a party may stay a monetary judgment as a matter of right by posting a supersedeas bond or other security.  *See also Mooney v. Roller Bearing Co. of Am., Inc.*, No. 2:20-CV-01030-LK, 2024 WL 664402, at *2 (W.D. Wash. Feb. 16, 2024) ("A party taking an appeal from the District Court is entitled to a stay of a money judgment as a matter of right if he posts a bond in accordance with Federal Rule of Civil Procedure 62(b)." (cleaned up)). The purpose of a bond is to "protect prevailing parties from the risk of a later uncollectible judgment and compensate them for any loss resulting from the stay of execution." *N.L.R.B. v. Westphal*, 859 F.2d 818, 819 (9th Cir. 1988) (per curiam).

---

[1] *See* 28 U.S.C. § 1961(a) ("Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment."). The weekly average 1-year constant maturity Treasury yield can be found on the Federal Reserve's website. Data Download Program, *Preformatted Package: Weekly Averages*, Board of Governors of the Federal Reserve System, available at https://www.federalreserve.gov/datadownload/Download.aspx?rel=H15&series=c3ec77dedd37c

MOTION FOR APPROVAL OF SUPERSEDEAS
BOND TO STAY ENFORCEMENT OF JUDGMENT
PENDING APPEAL - 2
No. 2:15-cv-00543-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

A bond may be secured by a monetary deposit equal to the amount of the bond or a corporation authorized by the Secretary of the Treasury of the United States to act as a surety on official bonds under 31 U.S.C. § 9301-9306. LCR 65.1. District courts have inherent discretionary authority in setting supersedeas bonds, including in setting the amount of the bond. *Rachel v. Banana Republic, Inc.*, 831 F.2d 1503, 1505 n.1 (9th Cir. 1987); *Mills v. Zeichner*, C23-1130JLR, 2024 WL 1255783, at *2 (W.D. Wash. Mar. 25, 2024). "The stay takes effect when the court approves the bond." Fed. R. Civ. P. 62(b).

This Court should approve BNSF's bond of $426,007,637.00. This amount reflects the judgment award ($394,517,169) plus compounded interest on the judgment at 5.12% over 18 months, which is how long BNSF estimates an appeal in this matter will take to conclude ($31,490,468.00). Moreover, if for some reason the appeal took longer, there is no concern BNSF would be able to pay the judgment with all accrued interest. *See, e.g.*, Tr. Transcript, June 3, 2024 at 128: 21-24 (BNSF's Controller testifying that BNSF consistently maintains cash reserves in excess of $2 Billion). This bond amount is more than adequate to "protect the [Tribe] from the risk of a later uncollectible judgment and compensates [the Tribe] for delay in the entry of final judgment" during an appeal. *Westphal*, 859 F.2d at 819.

### IV.    CONCLUSION

BNSF respectfully requests that this Court approve BNSF's bond of $426,007,637.00, staying enforcement of the judgment during the pendency of its appeal.

---

9aa112f71c9eba34b50&lastobs=52&from=&to=&filetype=csv&label=include&layout=seriescolumn&type=package (last accessed July 2, 2024).

MOTION FOR APPROVAL OF SUPERSEDEAS
BOND TO STAY ENFORCEMENT OF JUDGMENT
PENDING APPEAL - 3
No. 2:15-cv-00543-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

I certify that this memorandum contains 690 words, in compliance with the Local Civil Rules.

DATED this 12th day of July, 2024.

                PACIFICA LAW GROUP LLP

                *s/ Paul J. Lawrence*
                Paul J. Lawrence, WSBA #13557
                Kai A. Smith, WSBA #54749
                Meha Goyal, WSBA #56058

                *Attorneys for Defendant BNSF Railway Company*

MOTION FOR APPROVAL OF SUPERSEDEAS
BOND TO STAY ENFORCEMENT OF JUDGMENT
PENDING APPEAL - 4
No. 2:15-cv-00543-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750