# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WESTERN DISTRICT OF WASHINGTON

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:15-cv-00543

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 4/7/2015

Date of judgment or order you are appealing: 6/18/2024

Docket entry number of judgment or order you are appealing: 302 (including all prior orders, either on the merits or procedurally).

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

BNSF RAILWAY COMPANY

Is this a cross-appeal?  ○ Yes   ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☉ Yes   ○ No

If yes, what is the prior appeal case number?  18-35704

Your mailing address (if pro se):

City:         State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Paul J. Lawrence          **Date** 7/15/2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
BNSF RAILWAY COMPANY

Name(s) of counsel (if any):
Paul J. Lawrence, WSBA #13557
Kai A. Smith, WSBA #54749
Meha Goyal, WSBA #56058

Address: Pacifica Law Group LLP 1191 2nd Ave., #2000, Seattle, WA 98101

Telephone number(s): 206-245-1700

Email(s): paul.lawrence@pacificalawgroup.com; kai.smith@pacificalawgroup.com; meha.goyal@pacificalawgroup.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
SWINOMISH INDIAN TRIBAL COMMUNITY

Name(s) of counsel (if any):
Rebecca Solomon and Christopher Brain

Address: Tousley Brain Stephens PLLC 1700 7th Ave., # 2200, Seattle, WA 98101

Telephone number(s): 206-682-5600

Email(s): rsolomon@tousley.com; cbrain@tousley.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ◯ Yes   ◯ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):
Stephen LeCuyer, Wendy Otto, Weston LeMay

Address: Office of the Tribal Attorney, 11404 Moorage Way, La Conner, WA 98257

Telephone number(s): 360-466-1058

Email(s): slecuyer@swinomish.nsn.us; wotto@swinomish.nsn.us; wlemay@swinomish.nsn.us

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                               2                                *New 12/01/2018*