The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian Tribe,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

    Defendant.

NO. 2:15-cv-00543-RSL

**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL**

Plaintiff Swinomish Indian Tribal Community makes this statement of non-opposition to Defendant BNSF Railway Company's Motion for Approval of Supersedeas Bond to Stay Enforcement of Judgment Pending Appeal.

Although the Tribe believes that BNSF's assessment that the appeal will take 18 months to conclude is optimistic[1], the Tribe agrees that the proposed bond in addition to BNSF's other resources are sufficient to protect the Tribe's judgment pending the appeal.

---

[1] The Ninth Circuit issued the initial briefing schedule on July 16, 2024 with BNSF's opening brief due October 7, 2024. *See* Dkt. 313. The Ninth Circuit allows for one automatic 30-day extension per brief. Assuming no other extensions are requested or ordered, and that the parties will take each available 30-day extension, the briefing will be complete by early March 2025. The Ninth Circuit estimates that oral argument will be scheduled approximately 4 months from the completion of briefing and that the case will be decided between 3 months to a year after submission. *See* https://www.ca9.uscourts.gov/general/faq/. Using these estimates, while it is possible that the

PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL- 1

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

DATED this 19th day of July, 2024.

*I certify that this brief contains 206 words in compliance with the local rules.*

TOUSLEY BRAIN STEPHENS PLLC
By: *s/Christopher I. Brain*
By: *s/Chase C. Alvord*
By: *s/Rebecca L. Solomon*
    Christopher I. Brain, WSBA #5054
    cbrain@tousley.com
    Chase C. Alvord, WSBA #26080
    calvord@tousley.com
    Rebecca L. Solomon, WSBA# 51520
    rsolomon@tousley.com
    1200 Fifth Avenue, Suite 1700
    Seattle, Washington 98101
    Telephone: 206.682.5600/Fax: 206.682.2992

OFFICE OF THE TRIBAL ATTORNEY, SWINOMISH INDIAN TRIBAL COMMUNITY

By: */s Stephen T. LeCuyer*
By: */s Weston R. LeMay*
    Stephen T. LeCuyer, WSBA #36408
    slecuyer@swinomish.nsn.us
    Weston R. LeMay, WSBA #51916
    wlemay@swinomish.nsn.us
    11404 Moorage Way
    LaConner, WA 98257
    Telephone: 360.466.1058
    Fax: 360.466.5309

*Attorneys for Plaintiff*

---

appeal could conclude as early as October 2025 (13 months), it could be as late as or later than July 2026 (two years) before a decision is issued by the panel.

PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL- 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992