UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY,<br><br>                              Plaintiff,<br><br>    v.<br><br>BNSF RAILWAY COMPANY,<br><br>                              Defendant. | No. 2:15-cv-00543-RSL<br><br>ORDER GRANTING BNSF RAILWAY COMPANY'S UNOPPOSED MOTION FOR APPROVAL OF SUPERSEDEAS BOND TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL |

THIS MATTER comes before the Court on Defendant BNSF Railway Company's ("BNSF's") Motion to for Approval of Supersedeas Bond to Stay Enforcement of Judgment Pending Appeal ("Motion"). Plaintiff does not oppose the motion.

The Court hereby **ORDERS** that BNSF's Motion is **GRANTED.** The Court approves the proposed bond secured by Berkshire Hathaway Specialty Insurance Company in the amount of $426,007,637.00, described in the Motion. Upon submission of the bond to this Court, enforcement of the judgment will be stayed during the pendency of the appeal of this matter.

Dated this 22nd day of July, 2024.

*MNT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING BNSF RAILWAY COMPANY'S
MOTION FOR APPROVAL OF
SUPERSEDEAS BOND - 1
No. 2:15-cv-00543-RSL